# EXHIBIT "A"

76666.0162

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GERONIMO & TERESA GARCIA | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 5:16-CV-1001 |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY | § § § § | |
| Defendant | § | |

## INDEX OF STATE COURT MATERIALS

| No. | Date Filed Or Entered | Document |
|---|---|---|
| A-1 | 9/22/2016 | Plaintiffs' Original Petition |
| A-2 | 9/23/2016 | Citation to The Travelers Home and Marine Insurance Company |
| A-3 | 10/4/2016 | Defendants' Original Answer |
| A-4 | 10/4/2016 | Defendant's Jury Demand |
| A-5 | 10/4/2016 | Defendants' Vacation Letter |