76666.0162

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GERONIMO & TERESA GARCIA | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 5:16-CV-1001-DAE |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY | § § § § | |
| Defendant | § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this _____ day of _____, 2017.

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

MCCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Telephone: (713) 334-6121
Facsimile: (713) 322-5953
derek@mma-pllc.com
james@mma-pllc.com
zach@mma-pllc.com

By: _____
DEREK L. FADNER
State Bar No: 24100081
JAMES M. MCCLENNY
State Bar No. 2409857
J. ZACH MOSELEY
State Bar No. 24092863

ATTORNEY FOR DEFENDANT                    ATTORNEYS FOR PLAINTIFF